An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HERBERT VOLZ; AND KARIN VOLZ,
Appellants,
vs.
FOODMAKER, D/B/A JACK IN THE
BOX,
Respondent.

No. 68204

**FILED**

AUG 1 1 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for voluntary dismissal of this appeal is granted. Accordingly, this appeal is dismissed. NRAP 42(b).[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Joanna Kishner, District Judge
Law Firm of Telia U. Williams
Olson, Cannon, Gormley, Angulo & Stoberski
Eighth District Court Clerk

---

[1]In light of this disposition, counsel's August 3, 2015, motion to withdraw is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-24137